UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENTRY TRANSOU,

    Plaintiff,                                                          No. 19-10547

v.                                                                     Hon. Nancy G. Edmunds

OAKLAND COUNTY, *et al.*,

    Defendants.
_____/

**ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS**

Plaintiff Gentry Transou filed this civil rights lawsuit against Defendants Oakland County, Deputy N. Stoner, Deputy C. Lemke, Marcus Bass, and McLaren Oakland Hospital on February 22, 2019. The Complaint alleges violations of the United States Constitution and 42 U.S.C. § 1983. Additionally, there are two state law claims arising under Michigan law. Since the parties to this matter are non-diverse, this Court declines to exercise supplemental jurisdiction over the latter claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).

Thus, pursuant to 28 U.S.C. § 1367(c), all of Plaintiff's claims based on state law, including those found in Counts III and IV of his complaint, are hereby DISMISSED WITHOUT PREJUDICE. The Court will retain jurisdiction over Plaintiff's federal claims only.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: February 26, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 26, 2019, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager